Joel P. Waelty (SBN 226728)
   Of Counsel
      E-mail: joel@jachlawgroup.com
JACHIMOWICZ LAW GROUP
   Attorneys at Law, Inc.
1530 The Alameda, Suite 115
San Jose, California 95126
Tel.: (408) 246-5500
Fax: (408) 246-1051

Attorneys for Plaintiff
CLAUDIA MERCADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MERCADO,<br><br>   PLAINTIFF,<br><br>vs.<br><br>MICHAEL ROGALA, et al.,<br><br>   Defendants. | No. 18-cv-04271-NC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**

Dated: September 10, 2018    JACHIMOWICZ LAW GROUP

                                     /s/ Joel P. Waelty
                               joel@jachlawgroup.com
                               Attorney for Plaintiff
                               CLAUDIA MERCADO

Dated: September 10, 2018    HENSHAW & HENRY, PC

                               david@henshawhenry.com
                               Attorney for Defendant
                               MICHAEL ROGALA

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

DATED: Sept. 18, 2018

_____
UNITED STATES MAGISTRATE JUDGE



GRANTED
Judge Nathanael M. Cousins

STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL
18-CV-04271-NC

2

## ATTESTATION OF E-FILED SIGNATURE

I, Joel P. Waelty, am the ECF user whose ID and password are being used to file this Stipulation for Dismissal. In compliance with Local Rule 5-1(i), I hereby attest that David Henshaw, counsel for Defendant, has concurred in this filing.

Dated: September 10, 2018

_____
joel@jachlawgroup.com

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
18-CV-04271-NC

3